976 F.2d 725
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
James E. CLIFTON, Plaintiff-Appellant,
v.
VIRGINIA DEPARTMENT OF CORRECTIONS; David Williams, Sheriff
Faust; Attorney General of the Commonwealth of
Virginia, Defendants-Appellees.
 No. 92-6489.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: July 22, 1992
Decided: September 30, 1992
 
 James E. Clifton, Appellant Pro Se.
 Before HALL, NIEMEYER, and WILLIAMS, Circuit Judges.
 PER CURIAM:
 
 OPINION
 
 1
 An undated notice of appeal in this case was received in the district court. The court inadvertently failed to docket the notice. Under Houston v. Lack, 487 U.S. 266 (1988), the notice is considered filed as of the date Appellant delivered it to prison officials for forwarding to the court. The record does not reveal when Appellant delivered the notice of appeal for mailing to the court. Accordingly, we grant a certificate of probable cause and remand the case for the district court to obtain this information from the parties and determine the timeliness of the filing under Houston v. Lack. The record, as supplemented, will then be returned to this Court for further consideration.
 
 REMANDED